IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JACKSON<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>      Defendants                        / | No. 05-0964 MMC<br><br>**ORDER RE: PLAINTIFF'S NOTICE OF UNAVAILABILITY** |

The Court is in receipt of a Notice of Unavailability, filed by plaintiff on June 10, 2004, in which plaintiff's counsel states he is unavailable for purposes of appearing in court from July 1, 2005 through July 10, 2004.

The initial case management conference for the above-titled action has been scheduled for July 8, 2005, at 10:30 a.m. (See Pretrial Preparation Order, filed March 8, 2005.) If plaintiff wishes to change the date of the case management conference, plaintiff must file a stipulation, pursuant to Civil Local Rule 6-2, or a motion to change time, pursuant to Civil Local Rule 6-3, and, in either case, must show good cause for any continuance or other change of the scheduled date.

**IT IS SO ORDERED.**

Dated: June 13, 2005                              /s/ Maxine M. Chesney
                                                                    MAXINE M. CHESNEY
                                                                    United States District Judge