JAMES B. CHANIN (SBN# 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819
Email:     jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JACKSON, | ) CASE NO. C05-00964 MMC |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING CASE MANAGMENT |
| | ) CONFERENCE |
| vs. | ) |
| | ) |
| CITY OF OAKLAND, et al., | ) |
| | ) |
| Defendants. | ) |

    Plaintiff's counsel, James B. Chanin, is respectfully requesting that the initial Case Management Conference, which is currently scheduled for July 8, 2005, be continued to August 19, 2005, at 10:30 a.m.

    Plaintiff's counsel is making this request for a continuance because he has planned to be away from his law office for several weeks during July, August and September 2005, due to family commitments, including assisting his 87 year old mother, Leona Chanin, who resides on the East Coast

STIP/ORDER CONT. CMC                                        1

and has been suffering from significant health problems during the past year.  Plaintiff's counsel has met and conferred with counsel for Defendants and, due to other calendar conflicts, both counsel are not available on a Friday morning for the continued Case Management Conference until August 19, 2005.

This is the first continuance sought by any party in this case and plaintiff's counsel does not expect that there will be a further continuance of the Case Management Conference date in this case.

THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT:

The Case Management Conference in the above-entitled action, which is currently scheduled for July 8, 2005, at 10:30 a.m. should be continued to August 19, 1005, at 10:30 a.m.

IT IS SO STIPULATED:

Dated: June 15, 2005                         _____/S/_____
                                             JAMES B. CHANIN
                                             Attorney for Plaintiff

Dated: June 15, 2005                         _____/S/_____
                                             STEVEN Q. ROWELL
                                             Attorney for Defendants

PURSUANT TO STIPULATION
AND FOR GOOD CAUSE SHOWN,
IT IS HEREBY ORDERED:

Dated: June 16, 2005                         /s/ Maxine M. Chesney
                                             MAXINE M. CHESNEY
                                             JUDGE OF THE UNITED STATES
                                             DISTRICT COURT

STIP/ORDER CONT. CMC                         2