UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE JACKSON,

    Plaintiff,

    v.

CITY OF OAKLAND, ET AL.,

    Defendants.

_____/

No. C 05-0964 MMC (JL)

**CONTINUANCE**
OF SETTLEMENT CONFERENCE AND
SETTLEMENT CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

The Settlement Conference has been continued to **Tuesday, November 8, 2005 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

**At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge *two copies* of a Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.**

Any request to continue the settlement conference shall be submitted in writing after consultation with the opposing party. Submission by facsimile is acceptable at facsimile number (415) 522-2140.

SETTLEMENT CONFERENCE NOTICE         1

1   The parties shall notify Magistrate Judge Larson's chambers immediately if this case
2   settles prior to the date set for settlement conference.

4   DATED:   August 18, 2005

_____
JAMES LARSON
United States Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE                            2