October 19, 2005

**VIA USDC EFILING**

The Honorable James Larson
Magistrate Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re*:*    *Ronnie Jackson v. City of Oakland*
           *C 05-00964 MMC (JL)*
    Subject:    Continuance of Settlement Conference

Dear Judge Larson,

    This letter will confirm that due to the fact that plaintiff's counsel, James Chanin, has an unavoidable scheduling conflict in another matter, I spoke with your secretary by telephone today to request that the settlement conference, which is currently set for November 8, 2005, at 10:00 a.m., be continued to January 17, 2006, at 10:00 a.m.

    This letter will further confirm that I spoke with defendants' counsel and he is amenable to this continuance and is available on January 17, 2006, at 10:00 a.m.

    Therefore, plaintiff's counsel respectfully requests that the settlement conference currently set for November 8, 2005, at 10:00 a.m. be continued to January 17, 2006, at 10:00 a.m.

    Thank you for your consideration in this matter.

Very truly yours,

LAW OFFICES OF JAMES B. CHANIN

By
   JULIE M. HOUK
   Attorneys for Plaintiff

Cc:  Steven Q. Rowell, Esq.
     Attorney for Defendants

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Larson]*