JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar #098228
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865     Fax: (510) 238-6500:
24344/373231

Attorneys for Defendants,
CITY OF OAKLAND and
J. MCGUINN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JACKSON<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; J. MCGUINN (No.8161) or DOE 1, individually and in his capacity as a police officer for the City of Oakland; DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO: C05-00964 MMC<br><br>**STIPULATION OF DISMISSAL**<br>AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendant Joseph McGuinn be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear its own costs and fees.

LAW OFFICES OF JAMES B. CHANIN

Dated: 6/13/06      _____
                    Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: 6/13/06 | JOHN A. RUSSO, City Attorney<br>RANDOLPH W. HALL, Assistant City Attorney |
| 4 | | STEPHEN Q. ROWELL, Deputy City Attorney |
| 5 | | |
| 6 | | By: _____ |
| 7 | | Attorneys for Defendants,<br>CITY OF OAKLAND and J. McGUINN |

Dated: June 14, 2006

IT IS SO ORDERED

*signature*

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA